UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID RODRIGUEZ,<br>Defendant. | Case No.: **26MJ3911-MMP**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about May 29, 2025, within the Southern District of California, defendant DAVID RODRIGUEZ, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

*Austin Sailor*
AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of July 2026.

*Michelle M. Pettit*
HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On May 29, 2025, Oceanside Police Department Officers conducted surveillance in the area of 606 Surfrider Way, Oceanside, California (the "Residence"), which is within the Southern District of California. Officers knew David RODRIGUEZ had an outstanding felony arrest warrant and was on parole with an active fourth waiver. Officers believed David RODRIGUEZ was living at the Residence. At approximately 6:30 p.m., Officers observed RODRIGUEZ exit the Residence carrying a backpack and walk towards a white BMW parked near the Residence.

Officers approached RODRIGUEZ and tried preventing him from entering the BMW and leaving the area. As RODRIGUEZ saw the Officers approaching him, he started the BMW and the Officers gave him commands to stop and turn off the BMW. RODRIGUEZ did not listen. Instead, RODRIGUEZ reversed the BMW and struck a responding Officer's vehicle. An Officer was able to open the BMW driver's door and pull RODRIGUEZ out and detain him in handcuffs.

Officers searched RODRIGUEZ and recovered a baggie of approximately 4.7 grams of a crystalline substance that tested positive for the presence of methamphetamine. A search of the BMW revealed, among other items, a loaded .40 caliber Ruger bearing serial number 66154226, which was located in the backpack RODRIGUEZ brought into the BMW. The Ruger had been reported stolen out of Oceanside, California on March 26, 2025. During a post-arrest interview, RODRIGUEZ admitted to possessing the firearm and stated he did not know that his parole conditions included not being able to possess firearms.

Records checks on RODRIGUEZ revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 9/29/2020 | CASC – Vista | Cal. P.C. §459 – Burglary (felony) | 8 Years Prison |
| 10/21/2019 | CASC – Vista | Cal. P.C. §211 – Robbery (felony) | 1 Year Prison |
| 1/04/2018 | CASC – Vista | Cal. P.C. §2800.2(A) – Take Vehicle Without Consent (felony) | 16 Months Prison |

The Ruger firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.