**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID RODRIGUEZ,<br>Defendant. | Case No. 26CR3169-DMS<br>**I N F O R M A T I O N**<br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(8)- Felon in Possession of a Firearm (Felony) |

The United States Attorney charges:

Count 1

On or about May 29, 2026, within the Southern District of California, defendant DAVID RODRIGUEZ, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: 7/30/26.

ADAM GORDON
United States Attorney

ANDREW SHERWOOD
Assistant U.S. Attorney

JRE:cm:7/30/2026